**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

CARA SALSBERG,

                 Petitioner

                 v.

DONNA MANN AND DREXEL
UNIVERSITY,

                 Respondents

:  No. 433 EAL 2021
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 31st day of March, 2022, the Petition for Allowance of Appeal is

**GRANTED**.  The issue, as stated by Petitioner, is:

> Whether Pennsylvania should apply the Restatement Second
> [of Torts] § 766 to an Intentional Interference claim by an
> employee at will against a supervisor who acted against that
> employee, not as an agent on behalf of her employer, but ultra
> vires and pursuant to personal animus?